# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2014

Robert P. Young, Jr.,
Chief Justice

147573(16)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

CUMMINS BRIDGEWAY, L.L.C. and SAS
PROPERTY DEVELOPMENT,
         Petitioners-Appellees,

v

                                     SC: 147573
                                     COA: 312005
                                     Ct of Claims: 11-001406-AA

STATE TAX COMMISSION and LYON
TOWNSHIP,
         Respondents-Appellants.
_____/

        On order of the Court, the motion for reconsideration of this Court's January 29, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2014
_____

_____
Clerk

h0421